United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James Joseph Conaway  
    Debtor

Case No. 16-10328-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 2     Date Rcvd: Sep 18, 2019  
                   Form ID: pdf900     Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.

```
db            +James Joseph Conaway,   2209 Fitzwater Street,   Philadelphia, PA 19146-1132
13662156      ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
              (address filed with court: Caine & Weiner,   Po Box 5010,   Woodland Hills, CA 91365)
13662158      +Chase,   Po Box 901003,   Ft Worth, TX 76101-2003
13662160      +Commonwealth of Pennsylvania,   Department of Revenue,   1400 Spring Garden St,   Rm 1206,
                Philadelphia, PA 19130-4414
13662163      +Gilbert B. Rainier,   2209 Fitzwater Street,   Philadelphia, PA 19146-1132
13662166      +KML Law Group,   Suite 5000 - Mellon Independence Ctr.,   701 Market Street,
                Philadelphia, PA 19106-1538
13717366       Law Dept. Mark Schneider Esq.,   PO Box 5042,   Woodbridge NJ   07095-5042
13662167       Nationwide Credit Inc.,   PO Box 263147,   Lehigh Valley, PA 18002
13662168      +Northland Group Inc.,   P.O. Box 3908,   Minneapolis, MN 55403-0908
13662170      +PGW,   1800 North 9th Street,   Philadelphia, PA 19122-2021
13725349      +Philadelphia Municipal Court,   Traffic Division,   800 Spring Garden St.,   Phila PA   19123,
                Hon. Gary S. Glazer 19123-2616
13662172      +Philadelphia Traffic Court,   P.O. Box 12866,   Philadelphia, PA 19176-0866
13662175      +State of New Jersey,   EZ Pass Violation Processings,   PO Box 52005,   Newark, NJ 07101-8205
13761297      +Wells Fargo Card Services,   1 Home Campus 3rd Floor,   Des Moines, IA 50328-0001
13662179      +Wf Crd Svc,   Po Box 14517,   Des Moines, IA 50306-3517
13662180      +Xerox Soluti,   Pob 41818,   Philadelphia, PA 19101-1818
13662171       philadelphia parking authority,   2467 grant avenue,   Philadelphia, PA 19114-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Sep 19 2019 03:10:44   City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2019 03:10:23   U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13732060       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2019 03:21:01
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK   73124-8838
13662154       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:19:31   CACH, LLC,
                PO Box 10587,   Greenville SC   29603-0587
13662157       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 03:19:17
                Capital One Bank Usa N,   15000 Capital One Dr,   Richmond, VA 23238
13746790       E-mail/Text: megan.harper@phila.gov Sep 19 2019 03:10:44   City of Philadelphia,
                Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13674550       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 03:20:42
                Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13662159      +E-mail/Text: bankruptcy@philapark.org Sep 19 2019 03:10:51   City of Philadelphia,
                Parking Violations Branch,   P.O. Box 41818,   Philadelphia, PA 19101-1818
13662161      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 19 2019 03:10:54   Credit Coll,
                Po Box 9133,   Needham, MA 02494-9133
13662162      +E-mail/Text: bankruptcynotices@dcicollect.com Sep 19 2019 03:10:45   Diversified Consultant,
                10550 Deerwood Park Blvd,   Jacksonville, FL 32256-0596
13662164      +E-mail/Text: Harris@ebn.phinsolutions.com Sep 19 2019 03:10:57   Harris and Harris,
                111 West Jackson Blvd  Suite 400,   Chicago, IL 60604-4135
13662165       E-mail/Text: cio.bncmail@irs.gov Sep 19 2019 03:09:44   Internal Revenue Service,
                Attn: Special Procedures,   P.O. Box 12051,   Philadelphia, PA 19105
13662169      +E-mail/Text: bankruptcygroup@peco-energy.com Sep 19 2019 03:09:46   Peco Energy,
                2301 Market Street,   Philadelphia, PA 19103-1380
13681149       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2019 03:10:07
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
13698016      +E-mail/Text: bankruptcy@philapark.org Sep 19 2019 03:10:51   Philadelphia Parking Authority,
                701 Market St. Suite 5400,   Philadelphia, PA 19106-2895
13662173      +E-mail/Text: bankruptcyteam@quickenloans.com Sep 19 2019 03:10:21   Quicken Loans,
                1050 Woodward Ave,   Detroit, MI 48226-1906
13683147      +E-mail/Text: bankruptcyteam@quickenloans.com Sep 19 2019 03:10:21   Quicken Loans Inc.,
                635 Woodward Avenue,   Detroit, MI 48226-3408
13662174      +E-mail/Text: bkdepartment@rtresolutions.com Sep 19 2019 03:10:16   Real Time Resolutions Inc.,
                P.O. Box 35888,   Dallas, TX 75235-0888
13698642       E-mail/Text: appebnmailbox@sprint.com Sep 19 2019 03:10:09   Sprint Corp,
                Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
13662176      +E-mail/Text: bnc@alltran.com Sep 19 2019 03:09:40   United Recovery Systems,
                5800 North Course Drive,   Houston, TX 77072-1613
13662177      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 19 2019 03:09:35
                Verizon,   PO Box 15124,   Albany, NY 12212-5124
13662178       E-mail/Text: megan.harper@phila.gov Sep 19 2019 03:10:44   Water Revenue Bureau,
                1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                               TOTAL: 22
```

```
District/off: 0313-2           User: Virginia              Page 2 of 2                  Date Rcvd: Sep 18, 2019
                               Form ID: pdf900             Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
cr*             CACH, LLC,    PO Box 10587,    Greenville, SC   29603-0587
13662155*       CACH, LLC,    PO Box 10587,    Greenville SC   29603-0587
13707073*       CACH, LLC,    PO Box 10587,    Greenville SC   29603-0587
                                                                                        TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Quicken Loans Inc. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor James Joseph Conaway dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

JAMES JOSEPH CONAWAY

                                                          : Chapter 13

         Debtor(s)                                        : Bankruptcy No. 16-10328JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

                                                    BY THE COURT

**Date: September 18, 2019**            Jean K. FitzSimon, B. J.